FLORA W. YELIN, Respondent, *v.* COLUMBIA CASUALTY COMPANY, Appellant.

(Argued October 11, 1934; decided October 26, 1934.)

*Everett F. Warrington* and *Herbert F. Hastings, Jr.*, for appellant.

*Edward H. Wolkind, Gordon Steele* and *Jacob Jacobson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.